No. 344. BROWN v. GAREY ET AL., EXECUTORS. October 14, 1935. Petition for writ of certiorari to the Supreme Court of New York denied. *Mr. John Fletcher*

*Caskey* for petitioner. *Messrs. Emil Weitzner, Eugene L. Garey,* and *Earl J. Garey* for respondents.

